Elayna J. Youchah
Nevada State Bar No. 5837
Kirsten A. Milton
Nevada State Bar. No. 14401
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com
Email: kirsten.milton@jacksonlewis.com
*Attorneys for Defendant National Security Technologies, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS G. OYER,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; ROE BUSINESS ENTITIES I-X; DOE individuals I-X,<br><br>Defendants. | Case No. 2:17-cv-02046-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 29th day of November, 2017.

KEMP & KEMP                                   JACKSON LEWIS P.C.

/s/ James P. Kemp                              /s/ Elayna J. Youchah
James P. Kemp Bar No. 6375            Elayna J. Youchah, Bar No. 5837
7435 W. Azure Dr., Ste. 110              Kirsten A. Milton, Bar No. 14401
Las Vegas, Nevada 89130                 3800 Howard Hughes Parkway, Ste. 600
*Attorneys for Plaintiff*                        Las Vegas, Nevada 89169
*Thomas G. Oyer*                              *Attorneys for Defendant*
                                                            *National Security Technologies, LLC*

## **ORDER**

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: December 1, 2017